IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED SPECIALTY INSURANCE      *
COMPANY                         *
                                *
     Plaintiff,                 *
                                *
     v.                         *          CV 121-069
                                *
BKJ EXPRESS, LLC and TRANS-TECH *
AUTO, INC.,                     *
                                *
     Defendants.                *

                        _____

                        O R D E R

                        _____

     Before the Court is Plaintiff's consent motion for substitution of attorney. (Doc. 21.) Upon consideration, the motion is **GRANTED.** **IT IS HEREBY ORDERED** that Megan A. McCue be substituted as attorney of record for Plaintiff in place of Caitlin D. Mattler. The Clerk is directed to terminate Caitlin D. Mattler as attorney of record for Plaintiff.

     **ORDER ENTERED** at Augusta, Georgia this 28th day of June, 2021.

                              _____
                              J. RANDAL HALL, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA