**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY<br><br>        Plaintiff,<br><br>v.<br><br>BKJ EXPRESS, LLC and TRANS-TECH AUTO, INC.<br><br>        Defendants. | Civil Action No.: 1:21-cv-00069-JRH-BKE |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff United Specialty Insurance Company ("United"), by and through undersigned counsel, and hereby voluntarily moves this Court to dismiss with prejudice the claims against Defendants BKJ Express, LLC and Trans-Tech Auto, Inc. pursuant Fed. R. Civ. P. 41(a)(2).

Respectfully submitted this 1st day of July, 2021.

|  |  |
|---|---|
|  | **FIELDS HOWELL LLP** |
|  | */s/ Jennifer W. Wolak* |
| 1180 W. Peachtree Street | Jennifer W. Wolak |
| Suite 1600 | Georgia Bar No.: 758575 |
| Atlanta, Georgia 30309 | Megan A. McCue |
| Telephone: 404.214.1250 | Georgia Bar No.: 274335 |
| Facsimile: 404.214.1251 | Tyler Bryant Walker |
|  | Georgia Bar No.: 250477 |
|  | Zachary J. Ferreria |
|  | Georgia Bar No.: 464123 |
|  | |
|  | *Attorneys for Plaintiff* |
|  | *United Specialty Insurance Company* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY<br><br>   Plaintiff,<br><br>v.<br><br>BKJ EXPRESS, LLC and TRANS-TECH AUTO, INC.<br><br>   Defendants. | Civil Action No.: 1:21-cv-00069-JRH-BKE |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 1st day of July, 2021.

                  **FIELDS HOWELL LLP**

                  */s/ Jennifer W. Wolak*

1180 W. Peachtree Street        Jennifer W. Wolak
Suite 1600             Georgia Bar No.: 758575
Atlanta, Georgia 30309         Megan A. McCue
Telephone: 404.214.1250        Georgia Bar No.: 274335
Facsimile: 404.214.1251         Tyler Bryant Walker
                     Georgia Bar No.: 250477
                     Zachary J. Ferreria
                     Georgia Bar No.: 464123

                  *Attorneys for Plaintiff*
                  *United Specialty Insurance Company*